**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

APR 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_Jose L Delerme_
- AKA -
_Jose A Rodriquez_
DC DC #307-520

(Enter your full name, prison number
and address) 1901 D ST. S.E.
W.D.C. 20003

v.

Case: 1:08-cv-00567
Assigned To : Walton, Reggie B.
Assign. Date : 4/2/2008
Description: Pro Se Gen. Civil

_WARDEN Steven Smith,_ Fred Figueroa Watson
_D.C. Jail Record_
_Department employees_
_and the UNKNOWN, et.al._

(Enter the full name and address(es),
if know, of the defendant(s) in this
action)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $350.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1)   the average monthly deposits to your prison account, or $6.00 per month
(2)   the average monthly balance of your prison account for the prior six-month period. I received That came from my job Before committed to prison. It was sent to me by friend.

RECEIVED

MAR 14 2008

Clerk, U.S. District and
Bankruptcy Courts

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you <u>must</u> submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

## I.    SUCCESSIVE CLAIMS

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

## II.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )    No (✓)

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( )    No (✓)

C.    If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit.

Plaintiffs: _____ N/A _____

Defendants: _____

2.    Court (If federal court, please name the district; if state court name the county.)

3.    Docket number: _____ N/A _____

4.    Name of judge to whom case was assigned: _____

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6.    Approximate date of filing lawsuit: _____

7.    Approximate date of disposition: _____

## III.    PLACE OF CONFINEMENT

D.C. Jail - 1901 D Street SE, Washington DC 20003

A.    Is there a prisoner grievance procedure in this institution? Yes ( ✓ )    No ( )
If your answer is Yes, go to Question III B.  If your answer is No, skip Questions III, B, C and D and go to Question III E.

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes ( ✓ )    No ( )

C.    If your answer is Yes to Question III B:

1.    To whom and when did you complain? Grievance Administrator who has Not responded to the date of this filing.

2.    Did you complain in writing?  (Furnish copy of the complaint you made, if you have one.)    Yes ( ✓ )    No ( )

3.    What, if any, response did you receive?  (Furnish copy of response, if in writing.) NONE AT THIS TIME (See Attached)

4.    What happened as a result of your complaint? I Resubmit A New Copy

D.    If your answer is No to Question III B, explain why not. N/A

E.    If there is no prison grievance procedure in the institution, did you complain to prison authorities?    Yes ( )    No ( )    N/A    No Response At This Time

F.    If your answer is Yes to Question III E;    N/A

1.    To whom and when did you complain? Institution Grievance Feb of 2008 & March 1, 2008

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.) Yes (✓) No ( )

3. What, if any response did you receive? (Furnish copy of response, if in writing.)
*NONE AT THIS TIME SO I resubmitted*

4. What happened as a result of your complaint? *Nothing so I WROTE the MAYOR AND the gave me A claim Number*

## IV.    PARTIES

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of Plaintiff: *Jose L Delerme / AKA - Jose A Rodriguez #307520*
Address: *1901 D Street SE SW 2-3, WASH DC. 20003*

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B.    Defendant: *WARDEN Steven Smith D.C. Jail*
Address: *1901 D Street SE WASH. D.C. 20003*

Defendant: *UNKNOWN Employee D.C. Jail Record Dept.*
Address: *1901 D Street SE WASH DC 20003*

Defendant: *Fred Figueroa, Warden Correctional Treatment Facility (CTF)*
Address: *1901 E Street SE WASH DC 20003*

Defendant: _____
_____
_____

Address: _____
_____
_____

## V.    STATEMENT OF CLAIM

State here briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets, if necessary.

I was held in D.C. Jail pass my release date And the WARDEN Steven Smith was in charge of the D.C. Jail At that time from March 20, 2007 my release date but I was held until May 14, 2007 The employee in Record Department is also Responsible And their names are unknown at this time Also Fred Figueroa Warden At CTF As I was housed At CTF During that time too.

See Attached
ORIGINAL MOTION

## VI.    RELIEF

State briefly exactly what you want the Court to do for you.

I am Asking for Just Compensation for the defendants Depriving me of my Liberty I request a Jury Trial OR a settlement Equal to $100,000.00 Nothing Less

Signed this _12_ day of ___MARCH___, _2008_

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_3-12-08_
(Date)

_____
(Signature of Plaintiff)

In The United States District Court for The District of
Columbia.
Civil Division;

Jose L. Delerme, A.K.A )
Jose A. Rodriguez                                    Case No. _____
        Plaintiff, Petitioner

        Vs.
Warden of D.C. Jail,
And The Unknown, et. al.
In Their Individual And Official Capacity
        Defendant

Civil Action brough under The color of Law
42 U.S.C. Sub/Sec. 1983.

This claim comes in The interest of Justice That The plaintiff
in This case Jose L. Delerme (also know as) Jose A. Rodriguez
suffered a lose of liberty in violation of The United States
constitutions 5th, 13th and 14th Amendment. This action comes
under Procedural mean To be enforce under Title 42 of U.S.C
sub/sec 1983. That The defendant for This claim did cause
injury and /or The master is Responsible for His servants
and becomes liable for Damages caused To Plaintiff in an
action at Law, suit in equity or other Proceeding for Redress and
further state below a Prima facie case where such Relief
shall be grant in the interest of Justice or as Justice
require.

## <u>Facts</u> and <u>Points</u> of <u>Authority</u>

1. THAT Jose A. Rodriguez was Released some 66 days after the date the Court Release Order Projected his release, which Plaintiff should have been Released on/or about March 2 2007 in Criminal Division case number 2006 CMD 013648; Destroying Property, 2006 CF2014895; Attempted Threats to do Bodi harm and in case 2006 CF2018186 Escape. These were the only cases holding the Plaintiff at that time and Plaintiff Releas finally came on/or about May 14, 07 which deprived Plaintiff of his liberty interest. This Deprivation was against the Plaintiff will and wishes. The Defendants acted Deliberate and indifferen that the Defendants (at D.C. Jail) knew and/or should have known that such delay of the Plaintiff release was causin loss of liberty belonging to Plaintiff and that such loss of liberty being without consent and compensation in violation of th law of the land and subject the Plaintiff to slavery and or involuntary servitude in violation of the U.S. Const. 13th Amendment as well as 5th and 14th Due Process of law which deprived Plaintiff of life, liberty and Property in violation of a Process that was Due, where as the Defendant took the Plaintiff Private Property ("Personaficta") The Cooperation name in all capital Letter and use such without just compensation.

2. THAT Plaintiff Bring this claim against the District of Columbia, D.C. Jail Warden, Officers and Employee that held this Plaintiff against his will, having no permission and authority to do so, that such actions was by Trickery, malious and ill wil this claim also encludes Person unknown at this time by

## Relief Sough

THE SUM NOT LESS THAN $100,000.00 Dollars U.S. Currency FOR The loss of liberty AND the use of Private Property.

Wherefore PLAINTIFF PRAY THIS Honorable court to Properly File THIS CLAIM and Appoint counselor to Represent THE PLAINTIFF AND FURTHER GRANT A HEARING ON THE MERITS OF THIS CASE AND GRANT SUCH MONETARY DAMAGES IN THE AMOUNT NOT LESS THAN $100,000.00 TO THE PLAINTIFF Plus AND ENCLUDING ATTORNEY FEES AND COURT COSTS. As TO THIS I Shall REMAIN.

Respectfully Submitted

Jose L. Delerme

JOSE LUIS DELERME

Date: 2/22/08

District of Columbia

Subscribed and sworn to before me, in my presence,
this 22nd day of February, 20 08
by Jose Delerme
Brigit Reavis-Tyler    Notary Public
My Commission Expires  9/30/2012

BRIDGET REAVIS-TYLER
Notary Public, District of Columbia
My Commission Expires September 30. 2012

# INMATE GRIEVANCE
## INSTITUTION ADMINISTRATOR'S REMEDY

District of Columbia
Department of Corrections
IGP Form 1 (Rev. 10/92)

Third Copy: Return to Resident

Type or use ball-point pen.

Attach additional sheets, if necessary.

From: _Delorme/Rodriguez    Jose    A/    307520_    _SW2-3_    _CDF_
      LAST NAME,        FIRST NAME,      MI.      DCDC NO.      CELL/BLOCK      INSTITUTION

**Part A - INMATE COMPLAINT:** This is my SECOND Request for this complaint Against. I was illegally detained in case 2006CMD013648, 2006 Cf2 014895 & 2006Cf2 018186 and was held pass my release date the court released me from these charge on March 20, 2007 but I was not Released until May 14, 2007. I was held without hist compensation.

Remedy Sought: Ppy for all days kept in confinement.

_March 1, 2008_
DATE

_Jose J. Delorme_
SIGNATURE OF RESIDENT

**Part B - RESPONSE BY INSTITUTION ADMINISTRATOR:**

_____    _____    _____
DATE               IGP NO.              SIGNATURE OF ADMINISTRATOR

See back for:  1. Appeal Procedure.    2. Institutions of filing emergency grievance of sensitive nature.

**Part C - RECEIPT**

Return to: _Delorme/Rodriguez Jose    307-520    3-SW2    CDF_
         LAST NAME,      FIRST NAME,     MI.      DCDC NO.    CELL/BLOCK NO.    INSTITUTION

Subject: _Illegal Dentention 2007_

_March 11 2008_
DATE

_CPL T. Pee_
SIGNATURE OF RECIPIENT (STAFF MEMBER)



# DISTRICT OF COLUMBIA GOVERNMENT
## OFFICE OF RISK MANAGEMENT
### `Risk Financing Division

Kelly Valentine
Chief Risk Officer

February 15, 2008

Jose Rodriquez
1901 D Street S.E.,  SW2-3
Washington, DC 20003

DCDC: 307 520

Event Date:   3/20/2007
Claim Number: TBD ─⟶ *New claim number : D MPS J O 11 437*

Dear Mr. Rodriquez:

This will acknowledge receipt of your letter notifying the Mayor of a claim against the
District of Columbia.  Your letter was received in the D.C. Office of Risk Management
on 2/15/2008.  Your claim has been assigned to me, a staff member in the DC Office of
Risk Management, Claims Bureau to investigate and handle.

**If you have not already done so,** please send the following information to expedite the
claims process:  social security and number, telephone number, court documents showing
release date, cost,  and/or other documents which bear on the validity or amount of your
claim.

When sending additional documents/information, please refer to the claim number
identified above and address it to:

Office of Risk Management
Claims Bureau
441 4th Street N. W.
Suite 800 South
Washington, D.C. 20001

This letter does not waive the District of Columbia's right to timely and complete notice
within six months of the incident as required by D.C. Code Section 12-309.

```
"WARNING: It is a crime to provide false or misleading information to
the District Government, or to any department or agency thereof, any
claim upon or against the District of Columbia, or any department or
agency thereof, knowing such claim to be false, fictitious, or
```

fraudulent.  Such an act is subject to imprisonment not more than one year and assessed a fine of not more than $100,000 for each violation.

Very truly yours,

Charma Rhoden
Claims Specialist
202 724 2276

JS-44
(Rev.1/05 DC)

## CIVIL COVER SHEET

**I (a) PLAINTIFFS**

Jose A. Delerme, aka Jose L Rodriguez

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
**(EXCEPT IN U.S. PLAINTIFF CASES)**

PRO SE (PR)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 307-520

**DEFENDANTS**

Warden Steven Smith, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-00567
Assigned To : Walton, Reggie B.
Assign. Date : 4/2/2008
Description: Pro Se Gen. Civil

JURY ACTION

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)

□ 2 U.S. Government Defendant
□ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**□ A. Antitrust**

□ 410 Antitrust

**□ B. Personal Injury/Malpractice**

□ 310 Airplane
□ 315 Airplane Product Liability
□ 320 Assault, Libel & Slander
□ 330 Federal Employers Liability
□ 340 Marine
□ 345 Marine Product Liability
□ 350 Motor Vehicle
□ 355 Motor Vehicle Product Liability
□ 360 Other Personal Injury
□ 362 Medical Malpractice
□ 365 Product Liability
□ 368 Asbestos Product Liability

**□ C. Administrative Agency Review**

□ 151 Medicare Act

**Social Security:**
□ 861 HIA ((1395ff)
□ 862 Black Lung (923)
□ 863 DIWC/DIWW (405(g)
□ 864 SSID Title XVI
□ 865 RSI (405(g)

**Other Statutes**
□ 891 Agricultural Acts
□ 892 Economic Stabilization Act
□ 893 Environmental Matters
□ 894 Energy Allocation Act
□ 890 Other Statutory Actions (If Administrative Agency is Involved)

**□ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## □ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
□ 210 Land Condemnation
□ 220 Foreclosure
□ 230 Rent, Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

**Personal Property**
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

**Bankruptcy**
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

**Immigration**
□ 462 Naturalization Application
□ 463 Habeas Corpus- Alien Detainee
□ 465 Other Immigration Actions

**Prisoner Petitions**
□ 535 Death Penalty
□ 540 Mandamus & Other
☒ 550 Civil Rights
□ 555 Prison Condition

**Property Rights**
□ 820 Copyrights
□ 830 Patent
□ 840 Trademark

**Federal Tax Suits**
□ 870 Taxes (US plaintiff or defendant

□ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
□ 610 Agriculture
□ 620 Other Food &Drug
□ 625 Drug Related Seizure of Property 21 USC 881
□ 630 Liquor Laws
□ 640 RR & Truck
□ 650 Airline Regs
□ 660 Occupational Safety/Health
□ 690 Other

**Other Statutes**
□ 400 State Reapportionment
□ 430 Banks & Banking
□ 450 Commerce/ICC Rates/etc.

□ 460 Deportation
□ 470 Racketeer Influenced & Corrupt Organizations
□ 480 Consumer Credit
□ 490 Cable/Satellite TV
□ 810 Selective Service
□ 850 Securities/Commodities/ Exchange
□ 875 Customer Challenge 12 USC 3410
□ 900 Appeal of fee determination under equal access to Justice
□ 950 Constitutionality of State Statutes
□ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ☐ **G. Habeas Corpus/ 2255** | ☐ **H. Employment Discrimination** | ☐ **I. FOIA/PRIVACY ACT** | ☐ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K. Labor/ERISA (non-employment)** | ☐ **L. Other Civil Rights (non-employment)** | ☐ **M. Contract** | ☐ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $** $100,000   Check YES only if demanded in complaint   **JURY DEMAND:** ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES   ☒ NO   If yes, please complete related case form.

**DATE** 4/2/08   **SIGNATURE OF ATTORNEY OF RECORD** NCD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.