UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE A. RODRIQUEZ, ) | |
| ) | C.A. No.: 08-567 (RBW) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STEVEN SMITH, *et. al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MOTION TO SUBSTITUTE DISTRICT OF COLUMBIA FOR STEVEN SMITH
AND D.C. JAIL RECORDS DEPARTMENT AND MOTION FOR
ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

District of Columbia, by and through counsel, pursuant to Fed. R. Civ. P. 7, and 25(d), herein moves to substitute it as a party defendant in lieu of Defendants Steven Smith and the D.C. Jail Record Department, and seeks an enlargement of time to respond to Plaintiff's Complaint. In support of its Motion, the District states as follows:

1.  On or about April 2, 2008, Plaintiff filed the above-captioned matter against Defendants Steven Smith and the D.C. Jail Record Department. The summons and complaint were received by the D.C. Department of Corrections on behalf of Defendant Smith, and the Office of the Secretary for the District of Columbia on or about April 24, 2008. An answer or responsive pleading is due on or about May 14, 2008.

2.  At the time service was accepted by the D.C. Department of Corrections, Defendant Smith was no longer employed with the District of Columbia. Instead, Stanley Waldren is the current Warden. There is no need to substitute Mr. Waldren as a party defendant in lieu of Mr. Smith since the action is in Mr. Smith's official capacity

only.

3.	The lawsuit against Defendant Smith is an official capacity lawsuit. There are no allegations within the Complaint that Defendant Smith had any personal knowledge or involvement with the allegations contained in the Complaint. See Complaint, generally. A suit against an individual defendant in his official capacity is to be deemed as a suit against the municipality. The U.S. Supreme Court has ruled upon the issue of official-capacity suits. They have held that,

> official-capacity suits…"[g]enerally represent only another way of pleading an action against an entity of which an officer is an agent." As long as the government entity receives notice and an opportunity to respond, an official-capacity suit, is in all respects other than name, to be treated as a suit against the entity. …The real party in interest is the entity. Thus, …a plantiff seeking to recover on a damages judgment in an official-capacity suit must look to the government entity itself.

*Kentucky v. Graham,* 473 U.S. 159 (1985). *See also, Fields v. District of Columbia Dep't of Corrections,* 789 F. Supp 20 (D.D.C. 1992). As such, this official-capacity lawsuit against defendant Smith is not proper, and the District should be substituted as the proper party defendant.

4.	The D.C. Jail Records Department is non *sui juris*. A governmental agency may neither sue nor be sued in the absence of a statutory provision to that effect. *See Blackmar v. Guerre*, 342 U.S. 512 (1952); *see also*, *Arnold v. Moore*, 980 F. Supp. 28 (D.D.C. 1997) (citing *Roberson v. District of Columbia Bd. Of Higher Ed.*, 359 A.2d 26, 31 n.4 (D.C. 1976); *Miller v. Spence*, 330 A.2d 250, 251 n. 1 (D.C.1974)); *Fields v. District of Columbia Department of Corrections*, 789 F. Supp. 20 (D.D.C. 1992). There is no statutory authority authorizing suit against the D.C. Jail Records Department. *See Roberson v. District of Columbia Board of Higher Education*, 359 A.2d 28, 31 n. 4 (D.C.

1976) (Board of Higher Education not a suable entity) (dictum); *Miller v. Spencer*, 330 A.2d 250, 251 n. 1 (D.C. 1974) (Department of Sanitation not suable*); Ray v District of Columbia*, 535 A.2d 868, 869 n. 2 (D.C. 1987) (Fire Department, the Board of Police and Fire Surgeons, and the Police and Fire Clinic are not *sui juris* entities).  Because the D.C. Jail Records Department is non sui juris, Plaintiff would not be able to maintain this suit against it.

5. The District seeks an enlargement of time until June 16, 2008, to respond to Plaintiff's Complaint.  The extension of time is necessary to research the claims set forth in Plaintiff's Complaint.  Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…."  This motion is filed prior to the expiration of the prescribed period and otherwise meets the requirements of Rule 6(b)(1).

6. Plaintiff is pro se and undersigned counsel was unable to reach him regarding his consent pursuant to Local Civil Rule 7(m).

7. No party will be unduly prejudiced should the Court grant the requested relief.

WHEREFORE, the District requests that its motion be granted. A memorandum of points and authorities in support of this motion is attached hereto.

    Respectfully Submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

           /s/
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

           /s/
DWAYNE C. JEFFERSON[1]
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649; (202) 727-6295
dwayne.jefferson@dc.gov

**COUNSEL FOR DEFENDANT
DISTRICT OF COLUMBIA**

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May 2008, a copy of the foregoing

was served electronically or otherwise to:

Mr. Jose Rodriguez, DC 307-520
1901 D Street, SE
Washington, DC  20003

DWAYNE C. JEFFERSON
Assistant Attorney General

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals and LCvR 83.2.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE A. RODRIQUEZ, ) | |
| ) | C.A. No.: 08-567 (RBW) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STEVEN SMITH, *et. al.,* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
MOTION TO SUBSTITUTE THE DISTRICT AS THE PARTY DEFENDANT
AND TO ENLARGE THE TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

In support of its Motion, the District relies upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b).

3. Fed. R. Civ. P. 7.

4. Fed. R. Civ. P. 25(d).

5. The record herein.

                Respectfully Submitted,

                PETER J. NICKLES
                Interim Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General, Civil Litigation Division

                _____/s/_____
                PATRICIA A. JONES [428132]
                Chief, General Litigation Sec. IV

                                        _____/s/_____
DWAYNE C. JEFFERSON [D.C. Bar # Pending]
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649 p | (202) 741-0554 f
dwayne.jefferson@dc.gov

**COUNSEL FOR DEFENDANT**
**DISTRICT OF COLUMBIA**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE A. RODRIQUEZ,            )<br>                                              )<br>            Plaintiff,              )<br>                                              )<br>       v.                                 )<br>                                              )<br>STEVEN SMITH, *et. al.*,      )<br>                                              )<br>            Defendants.         )<br>_____)  | C.A. No.: 08-567 (RBW) |

### **ORDER**

Upon consideration of the Motion to Substitute the District of Columbia as the Proper Party Defendant in Lieu of Defendant Steven Smith and the D.C. Jail Records Department, and to Enlarge the Time to Respond to Plaintiff's Complaint, Plaintiff's response thereto, if any, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2008,

ORDERED: That the motion shall be and the same is hereby GRANTED; and it is,

FURTHER ORDERED: The District of Columbia is substituted as the party defendant for Steven Smith and the D.C. Jail Records Department; and it is,

FURTHER ORDERED: That the District of Columbia shall respond to Plaintiff's Complaint on or before June 16, 2008.

_____
**HON. REGGIE B. WALTON**
**United States District Court for the District of Columbia**

Copies to:

Mr. Jose Rodriguez, DC 307-520
1901 D Street, SE
Washington, DC   20003