UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSE A. RODRIQUEZ, | ) | |
| | ) | C.A. No.: 08-567 (RBW) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ECF |
| STEVEN SMITH, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the Motion to Substitute the District of Columbia as the Proper Party Defendant in Lieu of Defendant Steven Smith and the D.C. Jail Records Department, and to Enlarge the Time to Respond to Plaintiff's Complaint, Plaintiff's response thereto, if any, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this 16 day of June, 2008,

ORDERED: That the motion shall be and the same is hereby GRANTED; and it is,

FURTHER ORDERED: The District of Columbia is substituted as the party defendant for Steven Smith and the D.C. Jail Records Department; and it is,

FURTHER ORDERED: That the District of Columbia shall respond to Plaintiff's Complaint on or before June 16, 2008.

_____
HON. REGGIE B. WALTON
**United States District Court for the District of Columbia**