UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JOSE A. RODRIQUEZ,                  )
                                    )
            Plaintiff,              )
                                    )
    v.                              )  Civil Action No. 08-0567 (RBW)
                                    )
DISTRICT OF COLUMBIA,               )
                                    )
            Defendant.              )
_____ )

ORDER

By Order of June 24, 2008, plaintiff was advised to respond to defendant's motion to dismiss by July 28, 2008. He was further advised that if he did not respond within the time provided, the Court would treat the motion as conceded and dismiss the case. Plaintiff has neither responded to the motion nor sought additional time to do so. Accordingly, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. No. 11] is GRANTED as conceded; and it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable Order.

_____s/_____
Reggie B. Walton
United States District Judge

Dated: September 3, 2008